UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| MICHAEL FRAZIER, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:19-cv-356-TRM-SKL |
| ) | |
| SCENIC COMMUNITY CREDIT UNION, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**REPORT & RECOMMENDATION**

Before the Court is an application for leave to proceed *in forma pauperis* [Doc. 2] ("IFP Application") filed by pro se Plaintiff Michael Frazier ("Plaintiff"). On December 27, 2019, an Order [Doc. 7] was issued that addressed various inadequacies in the IFP Application [Doc. 2]. Due to the inadequacies, the Order required Plaintiff to submit a new application within **14 days** to resolve the listed inadequacies. Plaintiff was forewarned that his failure to either pay the filing fee or timely submit a new application addressing the inadequacies may result in denial of Plaintiff's Application and dismissal of this claim. No new application was submitted and the time for Plaintiff to submit the new IFP Application has now passed.

Accordingly, and for the reasons explained herein and in the prior Order [Doc. 7], I

**RECOMMEND**[1] that the IFP Application [Doc. 2] be **DENIED**, that Plaintiff's claims be **DISMISSED** and that this matter be **CLOSED**.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

---

[1] Any objections to this report and recommendation must be served and filed within fourteen (14) days after service of a copy of this recommended disposition on the objecting party. Such objections must conform to the requirements of Rule 72(b) of the Federal Rules of Civil Procedure. Failure to file objections within the time specified waives the right to appeal the district court's order. *Thomas v. Arn*, 474 U.S. 140, 149 n.7 (1985). The district court need not provide *de novo* review where objections to this report and recommendation are frivolous, conclusive and general. *Mira v. Marshall*, 806 F.2d 636, 637 (6th Cir. 1986). Only specific objections are reserved for appellate review. *Smith v. Detroit Fed'n of Teachers*, 829 F.2d 1370, 1373 (6th Cir. 1987).