# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| MICHAEL E. FRAZIER, | ) |
|     *Plaintiff*, | ) Case No. 1:19-cv-356 |
| | ) |
| v. | ) Judge Travis R. McDonough |
| | ) |
| SCENIC COMMUNITY CREDIT UNION, | ) Magistrate Judge Susan K. Lee |
| | ) |
|     *Defendant*. | ) |

## ORDER

On December 10, 2019, Plaintiff filed a complaint (Doc. 1) and an application for leave to proceed *in forma pauperis* (Doc. 2). On December 27, 2019, United States Magistrate Judge Susan K. Lee considered Plaintiff's application for leave to proceed *in forma pauperis* and found that Plaintiff had not provided enough information for the Court to be able to determine whether to grant or deny his motion. (Doc. 7, at 1–2.) Magistrate Judge Lee ordered Plaintiff to either pay the filing fee or submit a new application providing more information within fourteen days of her order. (*Id.* at 2.) Magistrate Judge Lee put Plaintiff on notice that any failure to pay the filing fee or submit a new application could result in the denial of his application or the dismissal of his claim. (*Id.*)

Plaintiff did not pay the filing fee or submit a new application for leave to proceed *in forma pauperis* within the time provided. (*See* Doc. 9, at 1.) Because he had failed to comply with the Court's order, Magistrate Judge Lee issued a report and recommendation on January 17, 2020, recommending that the application for leave to proceed *in forma pauperis* be denied, Plaintiff's claims be dismissed, and this matter be closed (Doc. 9). No party filed timely

objections to Magistrate Judge Lee's report and recommendation. Nevertheless, the Court has conducted a review of the report and recommendation, as well as the record, and agrees with Magistrate Judge Lee's well-reasoned conclusions. Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's report and recommendation (*id.*) and will **ORDER** as follows:

1. Plaintiff's application for leave to proceed *in forma pauperis* will be **DENIED**;
2. Plaintiff's claims will be **DISMISSED WITHOUT PREJUDICE**; and
3. The Clerk will be **DIRECTED** to close the case.

**AN APPROPRIATE JUDGMENT WILL ENTER.**

    **SO ORDERED.**

> */s/ Travis R. McDonough*
> **TRAVIS R. MCDONOUGH**
> **UNITED STATES DISTRICT JUDGE**